SECOND DEPARTMENT, SEPTEMBER TERM, 1885.

firmed, with ten dollars costs and printing disbursements. Westbrook, J., not acting.

Cornelius B. Sutton, Respondent, v. Rachel A. Newton, as Administratrix, etc., Appellant.— Oder reversed without costs, and motion for costs and disbursements denied. Opinion by Learned, P. J.; Westbrook, J. not acting.

Emory A. Chase and others, Appellants, v. William Belden, Respondent. — Judgment affirmed, with costs.

Daniel C. Bradt, Appellant, v. Joseph Hynes, Respondent. — Order reversed, without costs and without prejudice to an application by defendant to enter the costs in the judgment and then to apply for set-off. Mem. by Learned, P. J.

Joseph C. Boyce, as Administrator, etc., Respondent, v. Llewellyn Boyce, Appellant. — Judgment and order affirmed, with costs. Mem. by Learned, P. J.

Hubbard J. Goodrich, Plaintiff, v. The New York Central and Hudson River Railroad Company, Defendant. — Judgment and order reversed, new trial granted, costs to abide event. Mem. by Learned, P. J.

The People of the State of New York ex rel. Smith Lent, Respondent, v. Joseph B. Carr, Secretary of State, Appellant. — Judgment affirmed.

Eliza A. Hess, Appellant, v. Eliza G. Van Deusen and others, Respondents. — Judgment affirmed, with costs.

Horace B. Claflin and others, Appellants, v. Guy W. Clark and others. — Order affirmed, with ten dollars costs and printing disbursements. Mem. by Learned, P. J.

George W. Adams, Appellant, v. The Town of Malta, Respondent. — Order affirmed, with ten dollars costs and printing disbursements.

James E. Ostrander, Respondent, v. John Weber, Appellant, impleaded, etc. — Orders affirmed, with ten dollars costs and printing disbursements, to be paid out of fund. Westbrook, J., not acting.

Henry H Baker and Lewis Baker, as Executors, etc., Appellants. v. William T. Baker and Martin V. Baker, Respondents. — Order reversed, with ten dollars costs and printing disbursements. and motion for re-sale denied, with ten dollars costs. Opinion by Learned, P. J.

James Danaher, Appellant, v. Emily Russett and Julius Russett, Respondents. — Order affirmed, with ten dollars costs and printing disbursements.

Mary C. Richardson, Appellant, v. Truman A. Mambert, Respondent. — Judgment of County Court affirmed, with costs.

The National Bank of Port Jervis v. Jesse C. Hansee, Appellant, and John Hansee, Respondent. — Order affirmed, with ten dollars costs and printing disbursements.

Alice Van Wagonen, Respondent, v. The New York Cement Company, Appellant. — Judgment and order affirmed, with costs.

Lizzie A. Wood, Respondent, v. Stiles M. Wood, Appellant. — Judgment affirmed, with costs.

Annie Cavanaugh, Respondent, v. Odelle Cary, Appellant. — Judgment and order affirmed, with costs.

---

SECOND DEPARTMENT, SEPTEMBER TERM, 1885.

Alfred Tallman, Respondent, v. The Town of Ramapo, Appellant. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

Michael Helwig, Respondent, v. William Buckholz, Appellant. — Judgment affirmed, with costs. Opinion by Barnard, P. J.; Dykman. J., not sitting.

William E. Smith, Respondent, v. Thomas Nelson and others, Appellants. — Judgment affirmed, with costs. Opinion by Barnard, P. J.

In the Matter of the Estate of Thomas Best, Deceased. — Order of surrogate refusing to open decree and grant new trial affirmed, with costs. Opinion by Barnard, P. J.

Theresa Lynch, Respondent, v. Fannie Reilly, Appellant. — Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.

The People of the State of New York, Respondent, v. William Brown, Appellant.—Judgment and order denying new trial on the ground of newly discovered evidence affirmed. Opinion by Pratt, J.

Hezekiah Coffin v. Mary Ranus. — Judgment affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

Charles W. Newman, Respondent, v. Charles H. Van Buren, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinion by Barnard, P. J.

James F. Gillen, Appellant, v. Charles Lohmitz and others, Respondents.—Appeal withdrawn.

Charles E. Skinner, Appellant, v. Alexander Smith & Sons' Carpet Company and others, Respondents. — Judgment sustaining demurrer to plaintiff's complaint affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

Otis C. Flick, Appellant, v. John Johnson and another, Respondents. — Judgment affirmed. with costs — Opinion by Dykman, J.

Joseph Brophy, Appellant, v. Edward B. Bartlett, Respondent. — Judgment affirmed, with costs. Opinion by Barnard, P. J. dissenting.

Wilbur F. Hubbell, Appellant, v. The Gold and Stock Telegraph Company, Respondents. — Order affirmed with costs and disbursements. Opinion by Barnard, P. J.

Matter of Application to acquire lands by Staten Island Railroad Company of C. H Hamilton's lands. — Order reversed and further hearing directed before the same commission. Opinion by Dykman, J.

Matter of Application to acquire lands by Staten Island Railroad Company, of Greene.— Appeal withdrawn,

John Wood, Respondent, v. Francis L. Ludlow, Appellant.—Action No. 1. Judgment modified without costs. Orders to be settled by Justice Pratt. Opinion by Pratt, J.

John Wood, Respondent, v. Francis L. Ludlow, Appellant.— Action No. 2. Same judgment.

John A. Husted, Appellant, v. Edward H. Birdsell, Respondent.—Order affirmed, with costs and disbursements. Opinion by Dykman, J.

George H. Stetson, Respondent, v. Francis S. Driscoll, Appellant, impleaded, etc. — Order substituting a defendant affirmed, with costs and disbursements. Opinion by Dykman, J.

Abner Mills, Respondent, v Edward Pierson, Appellant. — Judgment and order denying new trial affirmed, with costs. Opinions by Barnard, P. J., and Pratt, J.

William J. Best, Receiver, etc., Appellant, v. Sarah E. Palmer and others, Respondents. — Order vacating judgment for deficiency reversed, with costs and disbursements; order denying motion for receiver reversed and receiver appointed. Orders to be settled by Barnard. P. J. Opinion by Barnard, P J.

Matter of Application of Staten Island Railroad Company to acquire Land of Abigail R. Wil-

37h 642
57ad 79